USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 21, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELEAZAR CATALAN CAMPOS, on behalf of himself, and others similarly situated,

                  Plaintiffs,

-against-

APRIL CORP. dba TERRA MARKET,
or any other business entity doing business as
TERRA MARKET, located at 533 9th Avenue,
New York, NY 10018, and "John and Jane Doe",
the owners of TERRA MARKET,

                  Defendants.

Case No.: 17 cv 4211 (KPF)

---

WHEREAS, on June 5, 2017, Plaintiff filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
November 20, 2017

| | |
|---|---|
| CILENTI & COOPER, PLLC<br>*Attorneys for Plaintiff*<br>708 Third Avenue – 6th Floor<br>New York, New York 10017<br>(212) 209-3933<br><br>By: _____<br>Peter H. Cooper | ELLENOFF GROSSMAN & SCHOLE, LLP<br>*Attorneys for Defendants*<br>1345 Avenue of the Americas – 11th Floor<br>New York, New York 10105<br>(212) 370-1300<br><br>By: _____<br>Paul P. Rooney, Esq. |

Dated: November 21, 2017
       New York, New York

SO ORDERED.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE